IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE DUDLEY, PARENT AND EDUCATIONAL DECISION MAKER FOR W.J.W., et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| LOWER MERION SCHOOL DISTRICT | : : | NO. 10-2749 |

ORDER

AND NOW, this 2nd day of February, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Lower Merion School District to dismiss Counts II and III of the complaint is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.