```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHRISTINE DUDLEY, PARENT AND     :    CIVIL ACTION
EDUCATIONAL DECISION MAKER FOR   :
W.J.W., et al.                   :
                                 :
          v.                     :
                                 :
LOWER MERION SCHOOL              :
DISTRICT                         :    NO. 10-2749
```

## ORDER

AND NOW, this 3rd day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs for leave to amend the complaint (Doc. No. 28) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                J.