```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE DUDLEY, PARENT AND     :      CIVIL ACTION
EDUCATIONAL DECISION MAKER FOR   :
W.J.W., et al.                   :
                                 :
          v.                     :
                                 :
LOWER MERION SCHOOL              :
DISTRICT                         :      NO. 10-2749
```

ORDER

   AND NOW, this 14th day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

   (1) the motion of plaintiffs for leave to file a reply brief (Doc. No. 34) is GRANTED;

   (2) the motion of plaintiffs to supplement the record (Doc. No. 29) is GRANTED to the extent that plaintiffs seek to introduce the declaration of Sonja Kerr, Esquire, the declaration of Rebecca Devine, and the expert report of Jerome Smith, M.Ed., Ed.S.; and

   (3) the motion to supplement is otherwise DENIED.

              BY THE COURT:


              /s/ Harvey Bartle III
                       J.