```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE DUDLEY, PARENT AND      :     CIVIL ACTION
EDUCATIONAL DECISION MAKER FOR    :
W.J.W., et al.                    :
                                  :
          v.                      :
                                  :
LOWER MERION SCHOOL               :
DISTRICT                          :     NO. 10-2749
```

ORDER

AND NOW, this 29th day of November, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Lower Merion School District for summary judgment with respect to all claims set forth in plaintiffs' complaint (Doc. No. 22) is GRANTED; and

(2) the motion of defendant Lower Merion School District for summary judgment on its counterclaim is GRANTED. Paragraph 4 of the March 11, 2010 order of the hearing officer is VACATED.

BY THE COURT:

/s/ Harvey Bartle III
                     J.